

## NUMBER 13-14-00739-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

### IN THE INTEREST OF D.K., K.K. AND H.K., CHILDREN

---

On appeal from the 117th District Court
of Nueces County, Texas

---

## ORDER ABATING APPEAL

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is before the Court on an agreed motion to abate the appeal to allow the parties the opportunity to engage in mediation with the Honorable Judith Wemmert. The Court, having examined and fully considered the documents on file and the agreed motion to abate, is of the opinion that the motion to abate the appeal should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until June 15, 2015.

The Court directs appellant to file, on or before June 15, 2015, either (1) a motion

to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
7th day of May, 2015.